JAY T. MORLEY, Appellant, v. SAHLEM KRUGER, Respondent.— Motion to dismiss appeal granted, unless appellant shall be ready for argument at the opening

of the September term. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.